UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

UNITED STATES

              Plaintiff,

Case No. 12-CR-171(JPO)

-against-

MICHELLE GLICK

              Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**DONNA R. NEWMAN**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 10262    My State Bar Number is 2367126

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: LAW OFFICES OF DONNA R. NEWMAN, PA
                  FIRM ADDRESS: 111 BROADWAY, SUITE 1805, NY, NY 10006
                  FIRM TELEPHONE NUMBER: 212-229-1516
                  FIRM FAX NUMBER: 212-676-7497

NEW FIRM:    FIRM NAME: LAW OFFICES OF DONNA R. NEWMAN, PA
                  FIRM ADDRESS: 20 VESEY STREET, SUITE 400, NY, NY 10007
                  FIRM TELEPHONE NUMBER: 212-229-1516
                  FIRM FAX NUMBER: 212-676-7497

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: JULY 13, 2012

*Donna R. Newman*
ATTORNEY'S SIGNATURE