member:
NY Bar
NJ Bar

The Law Offices of
DONNA R. NEWMAN
20 Vesey Street, Suite 400
New York, NY 10007
Tel: 212.229.1516
Fax: 212.676.7497
donnanewmanlaw@aol.com
www.donnanewmanesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 3 0 2012

445 East Broad Street
WestField, NJ 07090
T. 908-232-0293
F. 908-232-3277

Reply to NY

November 29, 2012

**APPLICATION GRANTED:**

_/s/ J. Paul Oetken_
HON. J. PAUL OETKEN       11/30/12
UNITED STATES DISTRICT JUDGE

**BY FAX ONLY: 212.805.7991**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Michelle Glick*
S1 12 CR 171 (JPO)

Dear Judge Oetken:

I write to request an amendment to Michelle Glick-Stite's conditions of bail to permit her to travel to Superior, Wisconsin. On March 6, 2012, Ms. Glick-Stites was released on a bond of $100,000 secured by two suretors, her mother Ilene Glick and her husband David Stites. Her travel was restricted to the Southern and Eastern Districts of New York and Minnesota. Her only reporting requirement is to advise Pretrial Services of her travel. She is compliant with her conditions of bond. *See* Senior U.S. Probation Officer Matthew T. Whiting's letter dated September 26, 2012 attached.

Ms. Glick-Stites resides in Duluth, Minnesota which is within minutes (actually a foot bridge) away from Superior, Wisconsin. Ms. Glick-Stites does not have a driver's license and therefore her travel is limited to places she can reach by public transportation. There is regular public transportation between Duluth and Superior.

1

DONNA R. NEWMAN
ATTORNEY AT LAW

MEMBER
NY AND NJ BAR

Ms. Glick-Stites is a newlywed and both her and her husband are new to Duluth. Many of the people she and her husband have met reside in Wisconsin. Superior offers many more restaurants and it is in Superior that community activities like parades, and festivals take place. There are likewise many more shopping options, including farmer's markets with wholesale produce. Her inability to travel to Wisconsin has circumscribed their social life considerably and added stress to her new marriage which is stressful enough in light of the pending criminal charges. Travel into nearby Superior would allow her to visit with friends and socialize with colleagues from work

The Government does not object to this request. Her Probation Officer, Matthew T. Whiting advised counsel he objects to this amendment, but when asked for a reason for his opposition to the request he provided none. I emphasize Ms. Glick has been totally compliant with the terms of her bond. There is no reason to restrict her travel to Minnesota.

Wherefore, it is respectfully requested that Ms. Glick's bail be modified to include travel into Wisconsin.

Respectfully submitted,

*Donna R. Newman /ad*

Donna R. Newman
DRN/ad
cc:   AUSA Nicholas McQuaid, Esq-via email
      Sen. U.S. Probation Officer Matthew T. Whiting-via fax
      Michele Glick

2




# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### PROBATION AND PRETRIAL SERVICES OFFICE

| KEVIN D. LOWRY<br>Chief Probation Officer<br>300 S 4th St., Ste. 406<br>Minneapolis MN 55415-1320<br>612-664-5400<br>FAX 612-664-5350 | 316 N Robert St., Ste. 600<br>St. Paul MN 55101-1465<br>651-848-1250<br>FAX 651-848-1253 | 515 W 1st St., Ste. 206<br>Duluth MN 55802-1302<br>218-529-3550<br>FAX 218-529-3546 | 619 Beltrami Ave. NW, Ste 100<br>Bemidji MN 56601-3066<br>218-333-8050<br>Toll free: 1-877-815-2531<br>FAX 218-333-8055 | 118 S Mill St., Ste. 304<br>Fergus Falls MN 56537-2576<br>218-739-0041 or<br>612-664-5410<br>FAX 218-739-0043 |

<u>Reply to:</u> **Duluth**                                    September 26, 2012


Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, NY 10007

Dear Ms. Newman:

I have received your faxed letter requesting confirmation that Ms. Glick has been compliant with all of her bond conditions. Ms. Glick is in compliance with her bond conditions. She remains in communication with me regarding any travel or concerns she may have.

Sincerely,

Matthew T. Whiting
Senior U.S. Probation Officer
218-529-3550

MTW:jm